| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Ray Ballister, Jr., Esq., SBN 111282<br>Phyl Grace, Esq., SBN 171771 |
| 3 | Russell Handy, Esq., SBN 195058<br>Dennis Price, Esq., SBN 279082 |
| 4 | Mail: PO Box 262490<br>San Diego, CA 92196-2490 |
| 5 | Delivery: 9845 Erma Road, Suite 300<br>San Diego, CA 92131 |
| 6 | (858) 375-7385; (888) 422-5191 fax<br>phylg@potterhandy.com |
| 7 | Attorneys for Plaintiff JUAN GARIBAY |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUAN GARIBAY, | ) | Case No.: 2:19-CV-02094-JAK-AS |
| Plaintiff, | ) | **NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |
| v. | ) | |
| EL SEGUNDO IMPEX LLC, a California Limited Liability Company; LOUIS MARIO FREESE; ROJO DESANTIS; KENJI FUJISHIMA ; and Does 1-10, | ) | |
| Defendants, | ) | |

The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and to further the interests of judicial economy.

The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties, will be filed within 60 days.

Dated: July 27, 2019

CENTER FOR DISABILITY ACCESS

/s/ Amanda Lockhart Seabock
Amanda Lockhart Seabock
Attorney for Plaintiff