| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Ray Ballister, Jr., Esq., SBN 111282<br>Phyl Grace, Esq., SBN 171771 |
| 3 | Russell Handy, Esq., SBN 195058 |
| 4 | Dennis Price, Esq., SBN 279082<br>Mail: PO Box 262490 |
| 5 | San Diego, CA 92196-2490<br>Delivery: 9845 Erma Road, Suite 300 |
| 6 | San Diego, CA 92131 |
| 7 | (858) 375-7385; (888) 422-5191 fax<br>phylg@potterhandy.com |
| 8 | Attorneys for Plaintiff |
| 9 | NEIL CYRIL NEWSON (SBN: 41497) |
| 10 | nnewson@aol.com<br>ISAAC H. BRADDOCK (SBN: 113078) |
| 11 | NEIL C NEWSON & ASSOCIATES<br>9100 Wilshire Blvd, Suite 220W |
| 12 | Beverly Hills , CA 90212 |
| 13 | Telephone: (310)278-7555<br>Facsimile: (310)278-4310 |
| 14 | Attorneys for Defendant<br>El Segundo Impex LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GARIBAY,<br><br>         Plaintiff,<br>   v.<br><br>EL SEGUNDO IMPEX LLC, a California Limited Liability Company; LOUIS MARIO FREESE; ROJO DESANTIS; KENJI FUJISHIMA ; and Does 1-10,<br><br>         Defendants, | Case No.: 2:19-CV-02094-JAK-AS<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each

party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: September 12, 2019                CENTER FOR DISABILITY ACCESS

                                         By:   /s/Amanda Lockhart Seabock
                                             Amanda Lockhart Seabock
                                             Attorneys for Plaintiff

Dated: September 12, 2019                NEIL C NEWSON & ASSOCIATES

                                         By:   /s/Neil Cyril Newson
                                             Neil Cyril Newson
                                             Attorneys for Defendant
                                             El Segundo Impex LLC

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Neil Cyril Newson, counsel of El Segundo Impex LLC; and that I have obtained authorization to affix his electronic signature to this document.

Dated: September 12, 2019        CENTER FOR DISABILITY ACCESS

　　　　　　　　　　　　　　　　　By:   /s/Amanda Lockhart Seabock
　　　　　　　　　　　　　　　　　　　　Amanda Lockhart Seabock
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff